1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DAVID WILSON,                          No. CIV S-07-0497-DFL-CMK-P

12              Plaintiff,

13        vs.                               <u>ORDER</u>

14   J. BUTLER, et al.,

15              Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.   Pending before the court is plaintiff's motion for an extension of time

19   (Doc. 17) to respond to defendants' motion to dismiss.  Good cause appearing therefor, the

20   motion is granted.  Plaintiff may file an opposition within 30 days of the date of this order.

21              IT IS SO ORDERED.

22    DATED:  January 7, 2008

23                                          _____
                                            *Craig M. Kellison*
24                                          **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

25

26

                                            1