IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID WILSON,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**J. BUTLER, et al.,**<br><br>                              Defendants. | 2:07-cv-0497 RRB CMK P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A REPLY TO THE OPPOSITION TO MOTION TO DISMISS** |

　　　Good cause appearing, counsel for Defendants is granted seven court days from February 12, 2008, to and including February 22, 2008, to file a reply to the opposition to motion to dismiss.

DATED: February 12, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE